IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. Claim Services, Inc., dba Payne Richards & Associates | : <br> : CIVIL ACTION <br> : |
| v. | : <br> : <br> :  NO:  2:19-cv-06149-GJP |
| Dominick DeSimone | : <br> : <br> : |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance as counsel on behalf of Plaintiff, U.S. Claim Services, Inc., dba Payne Richards & Associates, in the above-captioned matter.

                                                      Respectfully submitted,

                                                      MARSHALL DENNEHEY WARNER
                                                      COLEMAN & GOGGIN, P.C.

                                                       */s/ Karen E. Grethlein*
                                      By:_____
                                          KAREN E. GRETHLEIN, ESQUIRE
                                          Attorney ID No.: 321226
                                          Attorney for Plaintiff
                                          2000 Market Street, Suite 2300
                                          Philadelphia, PA  19103
                                          (215) 575-2770
                                          kegrethlein@mdwcg.com

Date:   January 21, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that true and copy of the attached Notice of Appearance was served on the below counsel of record via electronic court filing:

Andrew B. Austin, Esquire
P.O. Box #54628
Philadelphia, PA 19148
austin@stackhousegroup.com

Respectfully submitted,

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN, P.C.

*/s/ Karen E. Grethlein*
By:_____
KAREN E. GRETHLEIN, ESQUIRE
Attorney ID No.: 321226
Attorney for Plaintiff
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-2770
kegrethlein@mdwcg.com

Date:   January 21, 2020