IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DOMINICK DESIMONE, | |
|---|---|
| *Plaintiff,* | |
| v. | CIVIL ACTION |
| U.S. CLAIMS SERVICES, INC., and PAUL HASHIM | NO. 19-6149 & NO. 19-6150 |
| *Defendants.* | |

# ORDER

**AND NOW**, this 11th day of March 2020, upon consideration of Plaintiff's Complaint (No. 19-6150, ECF No. 1), Defendants' Motion to Dismiss (No. 19-6150, ECF No. 5), Plaintiff's Response (No. 19-6150, ECF No. 8), Defendants' Reply (No. 19-6150, ECF No. 11), and Plaintiff's Sur-Reply (No. 19-6150, ECF No. 15), it is hereby **ORDERED** that the Motion is **GRANTED**:

1. Count I is **DISMISSED** without prejudice;
2. Count II is **DISMISSED** with prejudice;
3. DeSimone may file an amended complaint on or before April 1, 2020;
4. DeSimone's Motion to Dismiss (No. 19-6149, ECF No. 7) is **DENIED** as moot; and
5. The Clerk shall close Civil Action No. 19-6149.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.